# Exhibit A-1

# AFFIDAVIT OF TRANSLATION

Country of <u>China</u>            )

                                 )   SS:

City of <u>Shanghai</u>            )

       I, <u>GUO Hong</u>, being duly sworn, depose and state:

       1.     I am over 18 years of age. My work address is at <u>Room 807-809, Building 4, 680 West Shuichan Road, Baoshan District, Shanghai, China.</u>

       2.     I am fluent in both English and Chinese language.

       3.     I hereby certify that I have translated the documents, which are in Chinese language and are attached to this Affidavit.

       4.     I further certify that, to the best of my knowledge, the translation of the aforementioned is a true and accurate translation of the attached documents.

Date: November 6, 2025

                                             Guo Hong
                                          Signature

Translation



Uniform credit code: 52110115MJ0341605F

# People-Run-Non-Enterprise Unit Registration Certificate

Legal Person

| | | | |
|---|---|---|---|
| **Name:** | BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER | **Legal Representative:** | Yu Zhang |
| **Domecile:** | 26 Jinyuan Road, Building 1, 3/F, Room 3027, Daxing District, Beijing | **Registered Capital:** | Three Hundred Thousand Yuan only |
| **Business Activities:** | Academic exchange, technology development, project consultation, technology promotion and transformation in the field of chip technology | **Competent Business Authority:** | Daxing District Commission of Science and Technology |
| | | **Issuing Authority:** | Beijing Daxing District Civil Affairs Bureau |

Valid Term: From Jul. 29, 2025 to Jun. 30, 2029                    Issuing Date:        Jul. 29, 2025

Beijing Daxing District Civil Affairs Bureau 1101150073950 (Seal)

**Made under the Supervision of Ministry of Civil Affairs of the People's Republic of China**

1

Translation

| | |
|---|---|
| Beijing China    Nov. 5, 2025 | User center \| Smart Q&A \| Website accessibility |

## BEIJING MUNICIPAL CIVIL AFAIRS BUREAU

Civil Affairs Dynamics                    Government Affairs Disclosure

Government Affairs Services            Government & People Interactions

Current Page: Home > Details

**BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER**

Basic Information

| | |
|---|---|
| Uniform credit code: | 52110115MJ0341605F |
| Registration administrative authority: | Beijing Daxing District Civil Affairs Bureau |
| Registration type: | People-Run-Non-Enterprise Unit |
| Legal representative/Principal: | Yu Zhang |
| Registered (Start-up) capital: | RMB300,000 |
| Competent business authority: | Daxing District Commission of Science and Technology |
| Certificate validity: | Jul. 29, 2025 - Jun. 30, 2029 |
| Date of establishment: | Mar. 31, 2022 |
| Domicile (Address): | 26 Jinyuan Road, Building 1, 3/F, Room 3027, Daxing District, Beijing |
| Business activities: | Academic exchange, technology development, project consultation, technology promotion and transformation in the field of chip technology |

## Administrative License

Information on Change

| Changed item | Before change | After change | Date of change | |
|---|---|---|---|---|
| | No record | | | |

1

Translation

| Information on Cancellation | | |
|---|---|---|
| Reason for cancellation | Date of cancellation | |
| No record | | |

**Annual Inspection and Report**

| Year of annual inspection (report) | Result of annual inspection (report) | |
|---|---|---|
| 2024 | Pass | |
| 2023 | Pass | |
| 2022 | Pass | |

**Administrative Inspection**

| Date of inspection | Inspection entity | Inspection type | Result | |
|---|---|---|---|---|
| No record | | | | |

**Administrative Punishment**

| Punishing authority | Punishment document | Punishment decision | Punishment basis |
|---|---|---|---|
| | | | No record |

**List of Operation Anomaly**

| Listing time | Listing reason | Listing time after re-inspection | Listing reason after re-inspection |
|---|---|---|---|
| No record | | | |

**List of Entities with Serious Violation and Dishonesty**

| Listing time | Listing reason | Listing time after re-inspection | Listing reason after re-inspection |
|---|---|---|---|
| No record | | | |

**Relevant Information**

2

Translation

| Honorary and Awards | | | | |
|---|---|---|---|---|
| No. | Honorary title | Awarding organization | Awarding date | |
| No record | | | | |
| Level Evaluation | | | | |
| Evaluation time | Evaluation level | Review authority | Valid term | |
| No record | | | | |
| Qualifications upon Assessment | | | | |
| No. | Qualification title | Approval authority | Assessment cycle | Approval date |
| No record | | | | |
| Other Qualifications | | | | |
| No. | Qualification type | Approval authority | Obtaining time | |
| No record | | | | |

Government website identification code: <u>1100000041</u>

J. ICP B. No. 05056893-6

J. G. W. A. B. No. 11010502052810

3



# 民办非企业单位登记证书

## 法 人

统一社会信用代码：52110115MJ0341605F

名　　称：北京市大兴区华芯兴邦科技发展研究中心

法定代表人：张彧

住　　所：北京市大兴区金苑路26号1幢3层3027室

注 册 资 金：叁拾万元整

业 务 范 围：开展芯片技术学术交流、技术开发、项目咨询、技术推广转化

业务主管单位：大兴区科学技术委员会

发证机关：北京市大兴区民政局

有效期限：自 2025 年 7 月 29 日至 2029 年 6 月 30 日

发证日期： 2025 年 7 月 29 日

中华人民共和国民政部监制

2025年11月5日

用户中心 ｜ 智能问答 ｜ 网站无障碍



⇕

民政动态                          政务公开

政务服务                          政民互动

🏠 当前位置： 首页> 详情

## 北京市大兴区华芯兴邦科技发展研究中心

### 基础信息

统一社会信用代码：52110115MJ0341605F

登记管理机关：北京市大兴区民政局

登记类型：民办非企业单位

法定代表人/负责人：张彧

注册（开办）资金：300000 元

业务主管单位：大兴区科学技术委员会

证书有效期：2025-07-29 至 2029-06-30

成立时间：2022-03-31

住所（地址）：北京市大兴区金苑路26号1幢3层3027室

业务范围：开展芯片技术学术交流、技术开发、项目咨询、技术推广转化

## 👤行政许可

## 🖹变更信息

| 变更项 | 变更前 | 变更后 | 变更时间 |
|---|---|---|---|
| | | 暂无数据 | |

## 🖹注销信息

| 注销原因 | 注销时间 |
|---|---|
| | 暂无数据 |

## 👤年检年报

| 年检（年报）年度 | 年检（年报）结论 |
|---|---|
| 2024 | 合格 |
| 2023 | 合格 |
| 2022 | 合格 |

## 👤行政检查

| 检查日期 | 检查主体 | 检查类别 | 结果 |
|---|---|---|---|
| | | 暂无数据 | |

## 👤行政处罚

| 处罚机关 | 处罚文书 | 处罚决定 | 处罚依据 |
|---|---|---|---|
| | | | 暂无数据 |

## 👤活动异常名录

| 列入时间 | 列入事由 | 重新计算<br>列入时间 | 重新计算<br>列入事由 |
|---|---|---|---|
| 暂无数据 | | | |

## 👤严重违法失信名单

| 列入时间 | 列入事由 | 重新计算<br>列入时间 | 重新计算<br>列入事由 |
|---|---|---|---|
| 暂无数据 | | | |

## 👤相关信息

### 🔖荣誉获奖

| 序号 | 荣誉名称 | 授予机构 | 授予日期 |
|---|---|---|---|
| 暂无数据 | | | |

### 🔖等级评估

| 评估时间 | 评估等级 | 审定机关 | 有效期限 |
|---|---|---|---|
| 暂无数据 | | | |

### 🔖评比达标表彰资质

| 序号 | 资质名称 | 批准机关 | 举办周期 | 批准日期 |
|---|---|---|---|---|
| 暂无数据 | | | | |

### 🔖其他资质

| 序号 | 资格分类 | 批准部门 | 获取时间 |
|---|---|---|---|

暂无数据

返回

网站地图　|　关于我们　|　法律声明　|　建议意见

  

官方微信



官方微博

主办：北京市民政局

承办：北京市民政局办公室、北京市民政局标准与

信息化处

联系电话：010-65868811

政府网站标识码：1100000041

京ICP备05056893号-6

京公网安备 11010502052810号