# Exhibit B-1

# HXXB USA Research Center
## A Michigan Non-profit Stock Corporation

**Common Capital Stock Transfer Ledger**

| Certificate No. | Name of Stockholder | Date Became Owner | No. of Shares | From Whom Transferred | Amount Paid | Date of Transfer | To Whom Transferred | Certificate No. | No. of Shares |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Beijing Daxing Huaxin Xingbang Science and Technology Development Research Center | 08/07/2025 | 800 | Original Issue | $800 | 08/14/2025 | Voided and Replaced by Certificate #2 | | |
| 2 | Beijing Daxing Huaxin Xingbang Technology Development Research Center | 08/14/2025 | 800 | Original Issue | Replacement | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |

| Certificate No. | Name of Stockholder | Date Became Owner | No. of Shares | From Whom Transferred | Amount Paid | Date of Transfer | To Whom Transferred | Certificate No. | No. of Shares |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |