# Exhibit C-1

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH    45999-0023

Date of this notice:  08-06-2025

Employer Identification Number:
39-3622604

Form:  SS-4

Number of this notice:  CP 575 A

HXXB USA RESEARCH CENTER
% HE XIAN
1760 ABBEY RD STE 200
EAST LANSING, MI  48823

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

                    WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

      Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 39-3622604.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees. Please keep this notice in your permanent
records.

      Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when
another person has stolen their identity and are opening a business using their information.
If you did **not** apply for this EIN, please contact us at the phone number or address listed
on the top of this notice.

      When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as shown
above. Any variation may cause a delay in processing, result in incorrect information in
your account, or even cause you to be assigned more than one EIN.  If the information is
not correct as shown above, please make the correction using the attached tear-off stub
and return it to us.

      Based on the information received from you or your representative, you must file
the following forms by the dates shown.

            Form 1120                          04/15/2026

      If you have questions about the forms or the due dates shown, you can call us at
the phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication 538,
*Accounting Periods and Methods*.

      We assigned you a tax classification (corporation, partnership, etc.) based on
information obtained from you or your representative.  It is not a legal determination
of your tax classification, and is not binding on the IRS.  If you want a legal
determination of your tax classification, you may request a private letter ruling
from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or
superseding Revenue Procedure for the year at issue).  Note: Certain tax classification
elections can be requested by filing Form 8832, *Entity Classification Election*.
See Form 8832 and its instructions for additional information.

IMPORTANT INFORMATION FOR S CORPORATION ELECTION:
If you intend to elect to file your return as a small business corporation,
an election to file a Form 1120-S, U.S. Income Tax Return for an S Corporation,
must be made within certain timeframes and the corporation must meet certain tests.
All of this information is included in the instructions for Form 2553, Election by
a Small Business Corporation.

(IRS USE ONLY)    575A                08-06-2025  HXXB  B  9999999999  SS-4

If you are required to deposit for employment taxes (Forms 941, 943, 940, 944, 945, CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a Welcome Package shortly, which includes instructions for making your deposits electronically through the Electronic Federal Tax Payment System (EFTPS).  A Personal Identification Number (PIN) for EFTPS will also be sent to you under separate cover. Please activate the PIN once you receive it, even if you have requested the services of a tax professional or representative.  For more information about EFTPS, refer to Publication 966, *Electronic Choices to Pay All Your Federal Taxes*.  If you need to make a deposit immediately, you will need to make arrangements with your Financial Institution to complete a wire transfer.

The IRS is committed to helping all taxpayers comply with their tax filing obligations.  If you need help completing your returns or meeting your tax obligations, Authorized e-file Providers, such as Reporting Agents or other payroll service providers, are available to assist you. Visit www.irs.gov/mefbusproviders for a list of companies that offer IRS e-file for business products and services.

**IMPORTANT REMINDERS:**

*  Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

*  Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

*  Refer to this EIN on your tax-related correspondence and documents.

*  Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is HXXB.  You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

(IRS USE ONLY)     575A                    08-06-2025  HXXB  B  9999999999  SS-4

Keep this part for your records.        CP 575 A (Rev. 7-2007)

--------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please                        CP 575 A
correct any errors in your name or address.
                                                            9999999999


Your Telephone Number  Best Time to Call  DATE OF THIS NOTICE:  08-06-2025
(     )      -                            EMPLOYER IDENTIFICATION NUMBER:  39-3622604
_____  _____   FORM:  SS-4              NOBOD



INTERNAL REVENUE SERVICE                  HXXB USA RESEARCH CENTER
CINCINNATI  OH   45999-0023               % HE XIAN
ılıılılılılılılılılıllılıllıllımılıdılılılılıl                1760 ABBEY RD STE 200
                                          EAST LANSING, MI  48823