# Exhibit E-1



◎ US INDUSTRY STATE REPORT TX33441A

# Semiconductor & Circuit Manufacturing in Texas

April 2025

Case 1:25-cv-01981-RP   Document 1-7   Filed 12/04/25   Page 3 of 23

# State Industry Report

## Industry Performance

### Establishments

The number of Semiconductor & Circuit Manufacturing establishments in Texas accounts for **8.9%** of the **807** establishments within the national industry, ranking Texas ⊘ **2nd** for the number of industry establishments within the US.





### Revenue

Semiconductor & Circuit Manufacturing in Texas contributes **17.3%** to the total national industry's revenue of **$74.0 billion**, ranking Texas ⊘ **2nd** out of 49 states in total industry revenue.





### Employment

Employment for Semiconductor & Circuit Manufacturing in Texas totals an estimated **17,303** which increased an annualized **0.3%** over the past five years. Texas employs the ⊘ **1st**-most employees nationwide.





## Wages

Total wages for Semiconductor & Circuit Manufacturing in Texas amount to **$3.2 billion**, which increased an annualized 0.4% over the past five years. The average wage of Semiconductor & Circuit Manufacturing employees in Texas is **$185 thousand**, which is **23.4% higher** than the industry's national average wage of $150 thousand.

| **Semiconductor & Circuit Manufacturing in Texas** | #2 in Highest Wages |
|---|---|

| **$3.2bn** | **0.4%** ▲ | **0.7%** ▲ |
|---|---|---|
| Wages (2025) | Annual Growth (2020-25) | Annual Growth (2025-30) |

| Semiconductor & Circuit Manufacturing in the US | | |
|---|---|---|
| **$17.4bn** | **2.3%** ▲ | **1.0%** ▲ |
| Wages (2025) | Annual Growth (2020-25) | Annual Growth (2025-30) |

Case 1:25-cv-01981-RP    Document 1-7    Filed 12/04/25    Page 5 of 23

**Current Performance & Outlook**

The Semiconductor & Circuit Manufacturing industry in Texas is expected to grow an annualized 2% to $12.8 billion over the five years to 2025, while the national industry will likely grow at 2.9% during the same period. Industry establishments decreased an annualized -1.3% to 72 locations. Industry employment has increased an annualized 0.3% to 17,303 workers, while industry wages have increased an annualized 0.4% to $3.2 billion.

Over the five years to 2030, the industry is expected to grow an annualized 1.8% to $14.0 billion, while the national industry is expected to grow 0.7%. Industry establishments are forecast to decline -0.8% to 69 locations. Industry employment is expected to increase an annualized 1.2% to 18,398 workers, while industry wages are forecast to increase 1% to $3.3 billion.



Industry Performance 2017–2030

Establishments

Semiconductor & Circuit Manufacturing in Texas
Source: IBISWorld

● Semiconductor & Circuit Manufacturing in Texas

◆ Semiconductor & Circuit Manufacturing in the US

Case 1:25-cv-01981-RP    Document 1-7    Filed 12/04/25    Page 6 of 23

**Key External Drivers**   Every industry encounters external factors that impact industry performance. In addition to the three most influential national key external drivers of an industry, we have identified key state level indicators that are likely to impact the local industry's performance.



**Texas Economic Indicators**

**1.4%** ▲
Population

**-2.2%** ▲
New Business Formation

**0.9%** ▲
Per Capita Disposable Income

View more state economic information in the TX State Economic Profile.

**US Key External Drivers**

**4.1%** ▲
Private investment in computers and software

**0.9%** ▲
Number of businesses

**-8.2%** ▲
Consumer confidence index



Key External Drivers 2017–2025

Semiconductor & Circuit Manufacturing in Texas
Source: IBISWorld

## County Industry Data

**Travis County** →
18 Est.
Most Establishments

**Dallas County** →
$3.9bn
Highest Revenue

**Denton County** →
3.6%
Fastest Growing

**Tarrant County** →
2.0%
Slowest Growing

**Dallas County** →
$329.8k
Highest Average Wage

**Dallas County** →
4,642 Employees
Most Employees

### Establishments



Percentage of Establishments (%)

0    8    16    24

Semiconductor & Circuit Manufacturing in Texas
Source: IBISWorld

| County | Establishments | Annual Growth Rate (2024-25) | Share of State |
|---|---|---|---|
| Travis County | 18 | 0.0% | 25.0% |
| Dallas County | 13 | 0.0% | 18.1% |
| Collin County | 11 | 0.0% | 15.3% |
| Harris County | 4 | 0.0% | 5.6% |
| Bexar County | 3 | 0.0% | 4.2% |
| Fort Bend County | 3 | 0.0% | 4.2% |
| Tarrant County | 3 | 0.0% | 4.2% |
| Williamson County | 3 | 0.0% | 4.2% |
| Bastrop County | 2 | 0.0% | 2.8% |
| Brazos County | 2 | 0.0% | 2.8% |

The largest distribution of industry establishments in Texas is concentrated in Travis County. Travis County accounts for 25% of the total establishments within the state.

The top 10 counties by highest establishments are displayed in the PDF version of this report. You can view insights for all counties associated with this industry on my.ibisworld.com.

### Revenue



Percentage of Revenue (%)

0    10    20    30

Semiconductor & Circuit Manufacturing in Texas
Source: IBISWorld

| County | Revenue $ | Annual Growth Rate (2024-25) | Share of State |
|---|---|---|---|
| Dallas County | 3.9bn | 2.3% | 30.1% |
| Travis County | 3.1bn | 2.3% | 24.5% |
| Collin County | 1.9bn | 2.3% | 14.9% |
| Harris County | 571.0m | 2.4% | 4.5% |
| Tarrant County | 478.6m | 2.0% | 3.7% |
| Williamson County | 394.0m | 2.1% | 3.1% |
| Fort Bend County | 348.8m | 2.3% | 2.7% |
| Bexar County | 233.6m | 2.2% | 1.8% |
| Johnson County | 215.0m | 2.6% | 1.7% |
| Grayson County | 196.6m | 2.6% | 1.5% |

Dallas County contributes most to the state industry's total revenue, with 30.1% of state revenue coming from the county.

The top 10 counties by highest revenue are displayed in the PDF version of this report. You can view insights for all counties associated with this industry on my.ibisworld.com.

## Employment



Percentage of Employment (%)

0      9      18      27

Semiconductor & Circuit Manufacturing in Texas
Source: IBISWorld

| County | Employment | Annual Growth Rate (2024-25) | Share of State |
|---|---|---|---|
| Dallas County | 4,642 | 1.7% | 26.8% |
| Travis County | 4,308 | 0.9% | 24.9% |
| Collin County | 2,160 | 1.0% | 12.5% |
| Harris County | 1,016 | 5.3% | 5.9% |
| Tarrant County | 642 | 0.2% | 3.7% |
| Bexar County | 609 | 5.0% | 3.5% |
| Williamson County | 527 | -0.8% | 3.0% |
| Fort Bend County | 414 | 1.0% | 2.4% |
| Brazos County | 284 | 0.7% | 1.6% |
| Johnson County | 282 | -2.8% | 1.6% |

The largest number of industry employees in Texas is concentrated in Dallas County. Dallas County employs 4,642 individuals - 26.8% of all state industry employees.

The top 10 counties by highest employment are displayed in the PDF version of this report. You can view insights for all counties associated with this industry on my.ibisworld.com.

## Wages



Percentage of Wages (%)

0      16      32      48

Semiconductor & Circuit Manufacturing in Texas
Source: IBISWorld

| County | Wages $ | Annual Growth Rate (2024-25) | Share of State |
|---|---|---|---|
| Dallas County | 1.5bn | 1.7% | 47.9% |
| Travis County | 953.9m | 3.3% | 29.9% |
| Collin County | 187.0m | -0.7% | 5.9% |
| Fort Bend County | 94.4m | 0.9% | 3.0% |
| Bexar County | 57.9m | 1.0% | 1.8% |
| Johnson County | 50.4m | 3.1% | 1.6% |
| Grayson County | 28.4m | 1.9% | 0.9% |
| Brazos County | 28.3m | -2.1% | 0.9% |
| Montgomery County | 20.3m | 3.7% | 0.6% |
| Nueces County | 20.0m | 1.6% | 0.6% |

Dallas County has spent the most on total wages within Texas, with 47.9% of the state's total wages coming from the county.

Case 1:25-cv-01981-RP   Document 1-7   Filed 12/04/25   Page 9 of 23

The top 10 counties by highest wages are displayed in the PDF version of this report. You can view insights for all counties associated with this industry on my.ibisworld.com.

## Key Statistics

### State Industry Data

| Year | Revenue ($m) | Establishments (Units) | Enterprises (Units) | Employment (Units) | Wages ($m) |
|---|---|---|---|---|---|
| 2007 | 19,499 | 95.0 | 84.0 | 25,284 | 3,170 |
| 2008 | 18,422 | 95.0 | 86.0 | 22,984 | 2,944 |
| 2009 | 14,980 | 89.0 | 79.0 | 19,199 | 2,201 |
| 2010 | 18,927 | 93.0 | 84.0 | 18,129 | 2,366 |
| 2011 | 20,627 | 89.0 | 83.0 | 17,244 | 2,401 |
| 2012 | 12,057 | 85.0 | 80.0 | 16,306 | 2,045 |
| 2013 | 10,926 | 86.0 | 79.0 | 15,685 | 1,982 |
| 2014 | 11,150 | 82.0 | 75.0 | 18,620 | 2,966 |
| 2015 | 11,132 | 83.0 | 78.0 | 16,896 | 2,661 |
| 2016 | 11,075 | 82.0 | 78.0 | 18,314 | 2,838 |
| 2017 | 11,999 | 80.0 | 72.0 | 17,479 | 2,860 |
| 2018 | 11,919 | 79.0 | 70.0 | 17,244 | 2,916 |
| 2019 | 11,482 | 79.0 | 70.0 | 17,369 | 2,920 |
| 2020 | 11,598 | 77.0 | 69.0 | 17,083 | 3,130 |
| 2021 | 12,323 | 76.0 | 65.0 | 16,965 | 3,102 |
| 2022 | 12,167 | 75.0 | 64.0 | 16,827 | 3,070 |
| 2023 | 12,383 | 74.0 | 63.0 | 17,002 | 3,117 |
| 2024 | 12,526 | 72.0 | 63.0 | 17,066 | 3,137 |
| **2025** | **12,815** | **72.0** | **63.0** | **17,303** | **3,195** |
| 2026 | 13,067 | 72.0 | 63.0 | 17,521 | 3,251 |
| 2027 | 13,314 | 72.0 | 63.0 | 17,730 | 3,166 |
| 2028 | 13,568 | 70.0 | 61.0 | 17,963 | 3,221 |
| 2029 | 13,789 | 71.0 | 61.0 | 18,181 | 3,261 |

### Annual Change

| Year | Revenue (%) | Establishments (%) | Enterprises (%) | Employment (%) | Wages (%) |
|---|---|---|---|---|---|
| 2008 | -5.52 | 0.00 | 2.38 | -9.10 | -7.15 |
| 2009 | -18.7 | -6.32 | -8.14 | -16.5 | -25.2 |
| 2010 | 26.4 | 4.49 | 6.33 | -5.57 | 7.51 |
| 2011 | 8.98 | -4.30 | -1.19 | -4.88 | 1.47 |
| 2012 | -41.5 | -4.49 | -3.61 | -5.44 | -14.8 |
| 2013 | -9.38 | 1.18 | -1.25 | -3.81 | -3.07 |
| 2014 | 2.05 | -4.65 | -5.06 | 18.7 | 49.6 |
| 2015 | -0.16 | 1.22 | 4.00 | -9.26 | -10.3 |
| 2016 | -0.52 | -1.21 | 0.00 | 8.39 | 6.67 |
| 2017 | 8.34 | -2.44 | -7.69 | -4.56 | 0.77 |
| 2018 | -0.67 | -1.25 | -2.78 | -1.34 | 1.96 |
| 2019 | -3.67 | 0.00 | 0.00 | 0.73 | 0.12 |
| 2020 | 1.01 | -2.53 | -1.43 | -1.65 | 7.21 |
| 2021 | 6.26 | -1.30 | -5.80 | -0.69 | -0.90 |
| 2022 | -1.27 | -1.32 | -1.54 | -0.81 | -1.03 |
| 2023 | 1.78 | -1.33 | -1.56 | 1.04 | 1.52 |
| 2024 | 1.15 | -2.70 | 0.00 | 0.38 | 0.63 |
| **2025** | **2.31** | **0.00** | **0.00** | **1.39** | **1.87** |
| 2026 | 1.97 | 0.00 | 0.00 | 1.26 | 1.74 |
| 2027 | 1.89 | 0.00 | 0.00 | 1.19 | -2.61 |
| 2028 | 1.91 | -2.78 | -3.18 | 1.31 | 1.72 |
| 2029 | 1.63 | 1.43 | 0.00 | 1.21 | 1.27 |

**Key Ratios**

| Year | Revenue per Employee ($'000) | Employees per estab. (Units) | Wages/ Revenue (%) | Average Wages ($) |
|---|---|---|---|---|
| 2007 | 771 | 266 | 16.3 | 125,382 |
| 2008 | 801 | 242 | 16.0 | 128,069 |
| 2009 | 780 | 216 | 14.7 | 114,631 |
| 2010 | 1,044 | 195 | 12.5 | 130,512 |
| 2011 | 1,196 | 194 | 11.6 | 139,225 |
| 2012 | 739 | 192 | 17.0 | 125,402 |
| 2013 | 697 | 182 | 18.1 | 126,360 |
| 2014 | 599 | 227 | 26.6 | 159,266 |
| 2015 | 659 | 204 | 23.9 | 157,486 |
| 2016 | 605 | 223 | 25.6 | 154,985 |
| 2017 | 686 | 218 | 23.8 | 163,638 |
| 2018 | 691 | 218 | 24.5 | 169,116 |
| 2019 | 661 | 220 | 25.4 | 168,102 |
| 2020 | 679 | 222 | 27.0 | 183,239 |
| 2021 | 726 | 223 | 25.2 | 182,862 |
| 2022 | 723 | 224 | 25.2 | 182,468 |
| 2023 | 728 | 230 | 25.2 | 183,330 |
| 2024 | 734 | 237 | 25.0 | 183,790 |
| **2025** | **741** | **240** | **24.9** | **184,660** |
| 2026 | 746 | 243 | 24.9 | 185,538 |
| 2027 | 751 | 246 | 23.8 | 178,574 |
| 2028 | 755 | 257 | 23.7 | 179,290 |
| 2029 | 758 | 256 | 23.7 | 179,384 |



# IBISWorld helps you find the industry information you need – fast.

DISCLAIMER
This product has been supplied by IBISWorld Inc. ('IBISWorld') solely for use by its authorized licenses strictly in accordance with their license agreements with IBISWorld. IBISWorld makes no representation to any other person with regard to the completeness or accuracy of the data or information contained herein, and it accepts no responsibility and disclaims all liability (save for liability which cannot be lawfully disclaimed) for loss or damage whatsoever suffered or incurred by any other person resulting from the use of, or reliance upon, the data or information contained herein. Copyright in this publication is owned by IBISWorld Inc. The publication is sold on the basis that the purchaser agrees not to copy the material contained within it for other than the purchasers own purposes. In the event that the purchaser uses or quotes from the material in this publication – in papers, reports, or opinions prepared for any other person – it is agreed that it will be sourced to: IBISWorld Inc.

Copyright 2025 IBISWorld Inc.



US INDUSTRY STATE REPORT TX33522

# Major Household Appliance Manufacturing in Texas

April 2025

Case 1:25-cv-01981-RP    Document 1-7    Filed 12/04/25    Page 14 of 23

# State Industry Report

## Industry Performance

### Establishments

The number of Major Household Appliance Manufacturing establishments in Texas accounts for **8.2%** of the **184** establishments within the national industry, ranking Texas ⊘ **1st** for the number of industry establishments within the US.





### Revenue

Major Household Appliance Manufacturing in Texas contributes **0.3%** to the total national industry's revenue of **$24.8 billion**, ranking Texas ⊖ **23rd** out of 40 states in total industry revenue.





### Employment

Employment for Major Household Appliance Manufacturing in Texas totals an estimated **192** which increased an annualized **2.8%** over the past five years. Texas employs the ⊖ **21st**-most employees nationwide.





Case 1:25-cv-01981-RP Document 1-7 Filed 12/04/25 Page 15 of 23

## Wages

Total wages for Major Household Appliance Manufacturing in Texas amount to **$7.2 million**, which increased an annualized 0.6% over the past five years. The average wage of Major Household Appliance Manufacturing employees in Texas is **$37,546**, which is **31.8% lower** than the industry's national average wage of $55,072.

| Major Household Appliance Manufacturing in Texas | | #24 in Highest Wages |
|---|---|---|
| **$7.2m** Wages (2025) | **0.6%** ▲ Annual Growth (2020-25) | **7.2%** ▲ Annual Growth (2025-30) |

| Major Household Appliance Manufacturing in the US | | |
|---|---|---|
| **$2.8bn** Wages (2025) | **-0.1%** ▼ Annual Growth (2020-25) | **1.6%** ▲ Annual Growth (2025-30) |

**Current Performance & Outlook**

The Major Household Appliance Manufacturing industry in Texas is expected to grow an annualized 2.1% to $75.6 million over the five years to 2025, while the national industry will likely decline at -1.1% during the same period. Industry establishments decreased an annualized -1.3% to 15 locations. Industry employment has increased an annualized 2.8% to 192 workers, while industry wages have increased an annualized 0.6% to $7.2 million.

Over the five years to 2030, the industry is expected to grow an annualized 4.7% to $95.0 million, while the national industry is expected to grow 1.6%. Industry establishments are forecast to grow 1.3% to 16 locations. Industry employment is expected to increase an annualized 6.8% to 267 workers, while industry wages are forecast to increase 7% to $10.2 million.



Industry Performance 2017–2030

Establishments

Major Household Appliance Manufacturing in Texas
Source: IBISWorld

● Major Household Appliance Manufacturing in Texas

◆ Major Household Appliance Manufacturing in the US

**Key External Drivers**

Every industry encounters external factors that impact industry performance. In addition to the three most influential national key external drivers of an industry, we have identified key state level indicators that are likely to impact the local industry's performance.



**Texas Economic Indicators**

**1.4%** ▲
Population

**-2.2%** ▲
New Business Formation

**0.9%** ▲
Per Capita Disposable Income

View more state economic information in the TX State Economic Profile.

**US Key External Drivers**

**0.8%** ▲
Value of residential construction

**1.0%** ▲
Aggregate household debt

**-5.7%** ▲
Price of household appliances



Key External Drivers 2017–2025

Major Household Appliance Manufacturing in Texas
Source: IBISWorld

## County Industry Data

**Harris County** →
3 Est.
Most Establishments

**Harris County** →
$12.0m
Highest Revenue

**Ector County** →
324.8%
Fastest Growing

**Randall County** →
-23.8%
Slowest Growing

**Tarrant County** →
$65,162.1
Highest Average Wage

**Harris County** →
44 Employees
Most Employees

### Establishments



Percentage of Establishments (%)

0   7   14   21

Major Household Appliance Manufacturing in Texas
Source: IBISWorld

| County | Establishments | Annual Growth Rate (2024-25) | Share of State |
|---|---|---|---|
| Harris County | 3 | 0.0% | 20.0% |
| Dallas County | 2 | 100.0% | 13.3% |
| Tarrant County | 2 | 0.0% | 13.3% |
| Atascosa County | 1 | 0.0% | 6.7% |
| Bell County | 1 | 0.0% | 6.7% |
| Bexar County | 1 | 0.0% | 6.7% |
| Denton County | 1 | 0.0% | 6.7% |
| Ector County | 1 | 0.0% | 6.7% |
| Fisher County | 1 | 0.0% | 6.7% |
| Fort Bend County | 1 | 0.0% | 6.7% |

The largest distribution of industry establishments in Texas is concentrated in Harris County. Harris County accounts for 20% of the total establishments within the state.

The top 10 counties by highest establishments are displayed in the PDF version of this report. You can view insights for all counties associated with this industry on my.ibisworld.com.

### Revenue



Percentage of Revenue (%)

0   5   10   15

Major Household Appliance Manufacturing in Texas
Source: IBISWorld

| County | Revenue $ | Annual Growth Rate (2024-25) | Share of State |
|---|---|---|---|
| Harris County | 12.0m | 6.1% | 15.9% |
| Tarrant County | 8.0m | 3.8% | 10.6% |
| Dallas County | 5.5m | 16.9% | 7.3% |
| Gregg County | 4.8m | -7.0% | 6.4% |
| Bexar County | 4.5m | -3.1% | 6.0% |
| Smith County | 3.9m | 5.7% | 5.2% |
| Bell County | 3.8m | 4.1% | 5.0% |
| Galveston County | 3.7m | 4.6% | 5.0% |
| Uvalde County | 3.7m | 3.9% | 4.9% |
| Young County | 3.7m | 4.2% | 4.9% |

Harris County contributes most to the state industry's total revenue, with 15.9% of state revenue coming from the county.

The top 10 counties by highest revenue are displayed in the PDF version of this report. You can view insights for all counties associated with this industry on my.ibisworld.com.

## Employment



Percentage of Employment (%)

0    8    16    24

Major Household Appliance Manufacturing in Texas
Source: IBISWorld

| County | Employment | Annual Growth Rate (2024-25) | Share of State |
|---|---|---|---|
| Harris County | 44 | 7.3% | 22.9% |
| Tarrant County | 26 | 4.0% | 13.5% |
| Dallas County | 23 | 15.0% | 12.0% |
| Bexar County | 15 | 0.0% | 7.8% |
| Gregg County | 13 | 0.0% | 6.8% |
| Denton County | 10 | 11.1% | 5.2% |
| Smith County | 10 | 11.1% | 5.2% |
| Bell County | 9 | 0.0% | 4.7% |
| Travis County | 9 | 0.0% | 4.7% |
| Galveston County | 8 | 14.3% | 4.2% |

The largest number of industry employees in Texas is concentrated in Harris County. Harris County employs 44 individuals - 22.9% of all state industry employees.

The top 10 counties by highest employment are displayed in the PDF version of this report. You can view insights for all counties associated with this industry on my.ibisworld.com.

## Wages



Percentage of Wages (%)

0    8    16    24

Major Household Appliance Manufacturing in Texas
Source: IBISWorld

| County | Wages $ | Annual Growth Rate (2024-25) | Share of State |
|---|---|---|---|
| Tarrant County | 1.7m | 11.1% | 23.5% |
| Harris County | 1.3m | 0.4% | 17.9% |
| Dallas County | 604.8k | 12.5% | 8.4% |
| Travis County | 499.9k | 9.1% | 6.9% |
| Bexar County | 476.7k | 0.8% | 6.6% |
| Denton County | 398.4k | 8.5% | 5.5% |
| Montgomery County | 370.0k | 9.6% | 5.1% |
| Smith County | 365.6k | 5.3% | 5.1% |
| Bell County | 316.9k | 10.5% | 4.4% |
| Galveston County | 277.3k | 6.4% | 3.8% |

Tarrant County has spent the most on total wages within Texas, with 23.5% of the state's total wages coming from the county.

Case 1:25-cv-01981-RP     Document 1-7     Filed 12/04/25     Page 20 of 23

The top 10 counties by highest wages are displayed in the PDF version of this report. You can view insights for all counties associated with this industry on my.ibisworld.com.

Major Household Appliance Manufacturing in Texas Case 1:25-cv-01981-RP     Document 1-7     Filed 12/04/25     Page 20 of 23 April 2025

## Key Statistics

### State Industry Data

| Year | Revenue ($m) | Establishments (Units) | Enterprises (Units) | Employment (Units) | Wages ($m) |
|---|---|---|---|---|---|
| 2007 | 74.4 | 18.0 | 15.0 | 116 | 4.18 |
| 2008 | 54.3 | 16.0 | 14.0 | 102 | 3.84 |
| 2009 | 48.6 | 16.0 | 13.0 | 82.0 | 3.11 |
| 2010 | 42.6 | 16.0 | 13.0 | 100.0 | 3.89 |
| 2011 | 40.3 | 16.0 | 13.0 | 83.0 | 3.14 |
| 2012 | 60.6 | 17.0 | 13.0 | 77.0 | 3.01 |
| 2013 | 60.7 | 12.0 | 10.0 | 116 | 4.70 |
| 2014 | 69.3 | 13.0 | 11.0 | 147 | 6.19 |
| 2015 | 67.1 | 14.0 | 13.0 | 179 | 7.26 |
| 2016 | 77.0 | 14.0 | 13.0 | 209 | 8.54 |
| 2017 | 61.2 | 15.0 | 11.0 | 255 | 9.84 |
| 2018 | 83.9 | 15.0 | 13.0 | 229 | 9.01 |
| 2019 | 84.8 | 16.0 | 13.0 | 238 | 9.37 |
| 2020 | 68.1 | 16.0 | 11.0 | 167 | 7.00 |
| 2021 | 93.0 | 14.0 | 11.0 | 244 | 10.2 |
| 2022 | 74.7 | 14.0 | 11.0 | 186 | 7.31 |
| 2023 | 73.3 | 14.0 | 11.0 | 175 | 6.54 |
| 2024 | 72.9 | 14.0 | 11.0 | 182 | 6.78 |
| **2025** | **75.6** | **15.0** | **11.0** | **192** | **7.21** |
| 2026 | 79.1 | 15.0 | 12.0 | 206 | 7.76 |
| 2027 | 82.8 | 15.0 | 12.0 | 219 | 8.34 |
| 2028 | 86.5 | 16.0 | 12.0 | 234 | 8.95 |
| 2029 | 90.6 | 16.0 | 12.0 | 249 | 9.50 |

### Annual Change

| Year | Revenue (%) | Establishments (%) | Enterprises (%) | Employment (%) | Wages (%) |
|---|---|---|---|---|---|
| 2008 | -26.9 | -11.1 | -6.67 | -12.1 | -8.23 |
| 2009 | -10.5 | 0.00 | -7.14 | -19.6 | -18.9 |
| 2010 | -12.5 | 0.00 | 0.00 | 22.0 | 25.1 |
| 2011 | -5.39 | 0.00 | 0.00 | -17.0 | -19.4 |
| 2012 | 50.6 | 6.25 | 0.00 | -7.23 | -4.07 |
| 2013 | 0.02 | -29.4 | -23.1 | 50.6 | 56.1 |
| 2014 | 14.3 | 8.33 | 10.0 | 26.7 | 31.9 |
| 2015 | -3.26 | 7.69 | 18.2 | 21.8 | 17.2 |
| 2016 | 14.8 | 0.00 | 0.00 | 16.8 | 17.7 |
| 2017 | -20.5 | 7.14 | -15.4 | 22.0 | 15.2 |
| 2018 | 37.1 | 0.00 | 18.2 | -10.2 | -8.48 |
| 2019 | 1.13 | 6.67 | 0.00 | 3.93 | 4.04 |
| 2020 | -19.8 | 0.00 | -15.4 | -29.8 | -25.3 |
| 2021 | 36.6 | -12.5 | 0.00 | 46.1 | 46.4 |
| 2022 | -19.6 | 0.00 | 0.00 | -23.8 | -28.7 |
| 2023 | -1.86 | 0.00 | 0.00 | -5.91 | -10.6 |
| 2024 | -0.53 | 0.00 | 0.00 | 4.00 | 3.74 |
| **2025** | **3.59** | **7.14** | **0.00** | **5.50** | **6.26** |
| 2026 | 4.72 | 0.00 | 9.09 | 7.29 | 7.64 |
| 2027 | 4.60 | 0.00 | 0.00 | 6.31 | 7.44 |
| 2028 | 4.55 | 6.67 | 0.00 | 6.85 | 7.30 |
| 2029 | 4.70 | 0.00 | 0.00 | 6.41 | 6.20 |

**Key Ratios**

| Year | Revenue per Employee ($'000) | Employees per estab. (Units) | Wages/ Revenue (%) | Average Wages ($) |
|---|---|---|---|---|
| 2007 | 641 | 6.44 | 5.63 | 36,057 |
| 2008 | 533 | 6.38 | 7.07 | 37,631 |
| 2009 | 593 | 5.13 | 6.40 | 37,948 |
| 2010 | 426 | 6.25 | 9.14 | 38,929 |
| 2011 | 485 | 5.19 | 7.79 | 37,801 |
| 2012 | 788 | 4.53 | 4.96 | 39,087 |
| 2013 | 523 | 9.67 | 7.74 | 40,490 |
| 2014 | 472 | 11.3 | 8.93 | 42,134 |
| 2015 | 375 | 12.8 | 10.8 | 40,539 |
| 2016 | 368 | 14.9 | 11.1 | 40,867 |
| 2017 | 240 | 17.0 | 16.1 | 38,593 |
| 2018 | 366 | 15.3 | 10.7 | 39,330 |
| 2019 | 356 | 14.9 | 11.0 | 39,371 |
| 2020 | 408 | 10.4 | 10.3 | 41,925 |
| 2021 | 381 | 17.4 | 11.0 | 42,007 |
| 2022 | 402 | 13.3 | 9.79 | 39,313 |
| 2023 | 419 | 12.5 | 8.92 | 37,369 |
| 2024 | 401 | 13.0 | 9.30 | 37,276 |
| **2025** | **393** | **12.8** | **9.54** | **37,546** |
| 2026 | 384 | 13.7 | 9.81 | 37,666 |
| 2027 | 378 | 14.6 | 10.1 | 38,067 |
| 2028 | 370 | 14.6 | 10.3 | 38,227 |
| 2029 | 364 | 15.6 | 10.5 | 38,150 |



**IBISWorld helps you find the industry information you need – fast.**

———

DISCLAIMER
This product has been supplied by IBISWorld Inc. ('IBISWorld') solely for use by its authorized licenses strictly in accordance with their license agreements with IBISWorld. IBISWorld makes no representation to any other person with regard to the completeness or accuracy of the data or information contained herein, and it accepts no responsibility and disclaims all liability (save for liability which cannot be lawfully disclaimed) for loss or damage whatsoever suffered or incurred by any other person resulting from the use of, or reliance upon, the data or information contained herein. Copyright in this publication is owned by IBISWorld Inc. The publication is sold on the basis that the purchaser agrees not to copy the material contained within it for other than the purchasers own purposes. In the event that the purchaser uses or quotes from the material in this publication – in papers, reports, or opinions prepared for any other person – it is agreed that it will be sourced to: IBISWorld Inc.

Copyright 2025 IBISWorld Inc.