# Exhibit F-1

## LEASE AGREEMENT

### BASIC TERMS

**Effective Date**: _____10/1/2025 | 3:15 PM PDT_____

**Landlord**: Canyon Hills TIC

**Landlord's Notice Address**: 5353 W. Alabama, Suite 200, Houston, Texas 77056

**Tenant**:  HXXB USA Research Center

**Tenant's Notice Address**:  Premises

> Email: _guanyi.zhang@hxxb.org_
> Phone: ____+86 15810390777_____
> Office Phone: _____

**Premises**:  Urban Office Suite #14 consisting of approx. 565 rentable square feet located within:
Canyon Hills
11211 Taylor Draper Lane
Austin, Texas 78759

**Term**:  Thirty-six (36) full months following the Commencement Date

**Commencement Date**: November 15, 2025

**Termination Date**: November 30, 2028

**Base Rent (monthly)**:    11/15/2025 – 11/30/2026: $1,400.00/mo.
12/01/2026 – 11/30/2027: $1,450.00/mo.
12/01/2027 – 11/30/2028: $1,500.00/mo.

**Security Deposit**: $1,500.00

**Permitted Use**:  Professional office use and for no other purpose.

**Guarantor**: Beijing Daxing Huaxin Xingbang Technology Development Research Center

**Miscellaneous**: Tenant shall have non-exclusive access to conference room dedicated to Urban Office and shall have access to high-speed internet, all subject to Landlord's rules and regulations for Urban Office occupants.

{CAN033/00017/2313566.DOCX;1/SJH }                    1                    LANDLORD_____  TENANT_____

**LANDLORD**:

URBAN OFFICE, LLC,
a Texas limited liability company

By: _____ Dan Braun _____
DocuSigned by:
6B0831E2536648C...
Dan Braun, Manager

**TENANT**:

HXXB USA Research Center,
a Michigan non-profit corporation

By: _____
Name: _____ Yu Zhang _____
Title: _____ Chairman of the Board _____

**GUARANTOR:**

Beijing Daxing Huaxin Xingbang Technology Development Research Center

By: _____
Name: _____ Yu Zhang _____
Title: _____ Chairman of the Board _____

**[SIGNATURE PAGE TO LEASE]**