IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER, individually and on behalf of all others similarly situated, and HXXB USA RESEARCH CENTER, individually and on behalf of all others similarly situated,**<br>　　　　　　　Plaintiffs,<br>v.<br><br>**KEN PAXTON, in his official capacity as Attorney General for the State of Texas,**<br>　　　　　　　Defendant. | §§§§§§§§§§§§§§§<br><br>A-25-CV-1981-RP |

### ORDER

Defendant appeared in this action on December 30, 2025. Dkt. 11. Contrary to this court's local rules, the parties have not submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **March 27, 2026**.

SIGNED on March 13, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE