**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER, individually and on behalf of all other similarly situated and HXXB USA RESEARCH CENTER, individually and on behalf of all others similarly situated,<br><br>        *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, In his official capacity as Attorney General for the State of Texas,<br><br>        *Defendant*. | CIVIL ACTION NO.1:25-cv-1981-RP |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1.      A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed as agreed or ordered at a time the Court chooses.

2.      The parties asserting claims for relief may submit a written offer of settlement to opposing parties on or before two weeks following a ruling on the Defendant's Motion to Dismiss and each opposing party shall respond, in writing, on or before two weeks after receiving the offer of settlement. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3.      Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before June 15, 2026.

1

4.   The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before June 1, 2026.

5.   Preliminary Injunction: governed by separate order. No limitation imposed by this schedule.

6.   Class Certification: Motion date: July 31, 2026. Response: September 1, 2026. Reply September 15, 2026.

7.   All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before December 5, 2026. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before December 12, 2026. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

8.   An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

9.   The parties shall complete all discovery on or before September 30, 2026.

10.  All dispositive motions shall be filed on or before November 15, 2026 and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

2

11.     The Court will set this case for final pretrial conference at a later time. The final pretrial

conference shall be attended by at least one of the attorneys who will conduct the trial for

each of the parties and by any unrepresented parties. The parties should consult Local Rule

CV-16(e) regarding matters to be filed in advance of the final pretrial conference.

**The parties shall not complete the following paragraph. It will be completed by the**

**Court at the initial pretrial conference to be scheduled by the Court.**

This case is set for bench trial commencing at 9:00 a.m. on February 8, 2027.

Jury selection may be conducted by a Magistrate Judge and may occur the Friday before the

case is set for trial. Because criminal and civil cases are often set for the same trial week, the Court

may need to reschedule your trial shortly before the trial date. If the parties resolve their dispute

after 5:00 p.m. the day before jury selection or resolve their dispute earlier but fail to timely notify

the Court, the parties may be assessed up to $5,000 for the lost opportunity to schedule other

matters and to cover court costs like summoning the jury panel and paying the fees of the jury panel.

The parties may modify the deadlines in this order by agreement, with the exception of the

dispositive motions deadline, hearing dates, and trial date. Those dates are firm. The Court may

impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely

submissions under this order. For cases brought pursuant to the Freedom of Information Act

(FOIA), the parties may instead follow the standard disclosure process and will have an initial

pretrial conference only by request.

SIGNED on _____, 20_____.


_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

3

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER, et. al., | §<br>§<br>§<br>§ | |
| *Plaintiffs* | § | 1:25-CV-1981-RP |
| v. | §<br>§ | |
| KEN PAXTON, in his official capacity as Attorney General for the State of Texas, | §<br>§ | |
| *Defendant.* | § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure

73, and the Local Rules of the United States District Court for the Western District of Texas, the

following party _____

through counsel _____

____ consents to having a United States Magistrate Judge preside over the trial in this case.

____ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

_____

Attorney for:

_____

4