**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER, individually and on behalf of all other similarly situated and HXXB USA RESEARCH CENTER, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, In his official capacity as Attorney General for the State of Texas,<br><br>*Defendant.* | CIVIL ACTION NO.1:25-cv-1981-RP |

**DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW, NOTICE OF APPEARANCE AND SUBSTITUTION OF LEAD COUNSEL**

Defendant Ken Paxton, in his official capacity as Attorney General of Texas, by and through the Office of the Attorney General of Texas, hereby files this Unopposed Motion to Withdraw Keith Ingram and Ali M. Thorburn as counsel of record and Notice of Appearance and Substitution of Wade A. Johnson as lead counsel.

Mr. Ingram and Ms. Thorburn have accepted positions outside of the Office of the Attorney General of Texas, and Defendant respectfully requests that they be withdrawn as counsel of record in this matter. This withdrawal is unopposed and will not delay any proceedings.

Special Counsel Johnson is admitted to practice in the United States District Court for the Western District of Texas and is a member in good standing of the State Bar of Texas. Plaintiff requests that Mr. Johnson be served with all future correspondence and pleadings using the contact information in the signature block below.

1

Date: May 7, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

WADE A. JOHNSON
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197
wade.johnson@oag.texas.gov

*/s/ Ali M. Thorburn*
ALI M. THORBURN
Special Counsel
Texas State Bar No. 24125064
ali.thorburn@oag.texas.gov

LAUREN E. SAEGER
Assistant Attorney General
Texas State Bar No. 24149365
lauren.saeger@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 6–7, 2026, Defendant's counsel conferred by electronic mail with Ms. Laura Schut, counsel for Plaintiffs, who stated Plaintiffs are unopposed to this Motion.

*/s/ Ali M. Thorburn*
**ALI M. THORBURN**

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on May 7, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

Laura Elizabeth Schut
HXB USA Research Center
164 World of Tennis Square
Lakeway, TX 78738
281-755-3824
Laura.Schut@HXXB.org

_/s/ Ali M. Thorburn_
ALI M. THORBURN
Special Counsel

3