**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER, individually and on behalf of all other similarly situated and HXXB USA RESEARCH CENTER, individually and on behalf of all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, In his official capacity as Attorney General for the State of Texas,<br><br>　　　　*Defendant*. | CIVIL ACTION NO.1:25-cv-1981-RP |

**DEFENDANT'S NOTICE OF APPEARANCE**

Defendant Ken Paxton, in his official capacity as Attorney General of Texas, files this Notice of Appearance and hereby notifies the Court that Special Counsel Wade A. Johnson will appear as counsel in the above-captioned case along with counsel listed below. Mr. Johnson is a member in good standing with the State Bar of Texas and is authorized to practice in the Western District of Texas. His contact information is contained in the signature block.

1

Date: May 7, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

Respectfully submitted,

*/s/ Wade A. Johnson*

WADE A. JOHNSON
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197
wade.johnson@oag.texas.gov

LAUREN E. SAEGER
Assistant Attorney General
Texas State Bar No. 24149365
lauren.saeger@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on May 7, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

Laura Elizabeth Schut
HXB USA Research Center
164 World of Tennis Square
Lakeway, TX 78738
281-755-3824
Laura.Schut@HXXB.org

*/s/ Wade A. Johnson*
WADE A. JOHNSON

2