AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____Western District of Texas

Beijing Daxing Huaxin Xingbang Science and Technology
Development Research Center et al
_____   )
*Plaintiff*   )
v.   )      Case No.    1:25-cv-1981-RP
Ken Paxton   )
_____   )
*Defendant*   )

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs
_____ .


Date:      05/28/2026                                        /s/ Curtis Morrison
                                                             *Attorney's signature*


                                                    Curtis Morrison (EDTX Bar # 321106)
                                                        *Printed name and bar number*

                                                         Red Eagle Law, L.C.
                                                    5256 S. Mission Road, Suite 135
                                                         Bonsall, CA 92003

                                                              *Address*

                                                    curtis@redeaglelaw.com
                                                          *E-mail address*

                                                         (714) 661-3446
                                                        *Telephone number*


                                                           *FAX number*