# Exhibit A

# KEN PAXTON
### ATTORNEY GENERAL *of* TEXAS

[(/)](#)

**March 27, 2026 | Press Release**

# Attorney General Ken Paxton Proposes Rules to Stop Designated Foreign Adversaries, Including China, from Owning Texas Land

Attorney General Ken Paxton has proposed a formal set of rules to implement and administer Senate Bill 17 (89(R)), which prohibits certain designated foreign entities from owning land in Texas. This proposal begins the formal rulemaking process, which includes a public comment period before any rules may be finalized.

The Texas Legislature passed SB 17 during the 89th Legislative session, and the law took effect on September 1, 2025. The statute restricts the purchase or acquisition of real property by certain individuals and entities from designated adversarial nations, including China, Russia, Iran, and North Korea. It aims to mitigate national security risks and protect Texas land and critical infrastructure from foreign threats.

1

The Office of the Attorney General ("OAG") has proposed comprehensive rules to guide future implementation. The proposed rules define key terms, outline the structure and authority of the OAG, and detail investigative procedures, including civil investigative demands and response requirements. The proposed rules also address reporting obligations, confidentiality protections, and include savings and severability clauses. The proposed rules were submitted to the Secretary of State on March 16, 2026, and published in the Texas Register today, Friday, March 27.

Under these rules, individuals and entities involved in facilitating real estate transactions such as a mortgage lender, title insurance company, property insurer, appraiser, or licensed real estate professional would be required to report any suspected violations of the law to the Office of the Attorney General. Complaints would be required to be submitted electronically through the OAG's online complaint form found on the agency's website or by mail to the address designated by the OAG for this purpose.

Under the proposed rules, all complaints, civil investigative demands, and related materials submitted to or issued by the OAG would be confidential and not subject to public disclosure, except as required by law.

"My office will use every tool available to prevent our nation's enemies from gaining a foothold on Texas soil," said Attorney General Paxton. "These proposed rules will strengthen the reporting of suspicious activity and better protect our state from hostile foreign actors."

To read the proposed rules, click here (https://www.sos.state.tx.us/texreg/pdf/backview/0327/0327prop.pdf).

Back to Top