# Exhibit A-3

Case 1:25-cv-01981-RP     Document 31-4     Filed 06/30/26     Page 2 of 4

# Texas Register

| | |
|---|---|
| **Title 1** | ADMINISTRATION |
| **Part 3** | OFFICE OF THE ATTORNEY GENERAL |
| **Chapter 67** | FOREIGN OWNERSHIP ENFORCEMENT |
| **Rule §67.2** | Definitions |
| **Issue Date** | 03/27/2026 |
| **Type** | Proposed |
| **Preamble** | View Preamble |
| **Texas Administrative Code Rule** | No Rule Available |

In this chapter, the following terms have the meanings assigned below:

(1) Complaint--A written or electronic statement submitted to the OAG alleging a violation of Subchapter H, Chapter 5, Texas Property Code, that includes facts sufficient to identify the transaction or conduct at issue.

(2) Control--The possession, direct or indirect, of the power to direct or cause:

(A) the direction of the management or policies of an entity; or

(B) the acquisition or disposition of an interest in real property in this State by an entity, whether through ownership, by contract, office, position, or otherwise. Without limiting the foregoing, each of the following shall be deemed to be in control of an entity:

(i) a general partner;

(ii) a managing member;

(iii) a shareholder or stockholder holding ten percent or more of voting interests;

(iv) any executive officer of an entity; and

(v) any person who has the present or future right to acquire or dispose of an interest in real property in this State by such entity.

(3) Facilitating entity--A person or entity that, in the regular course of business, assists with, brokers, insures, finances, values, or processes a purchase or acquisition of an interest in real property in this State, including, but not limited to, a mortgage lender, title insurance company, property insurer, appraiser, or licensed real estate professional.

(4) Foreign person or entity--An individual or entity described in §5.253 of the Texas Property Code.

(5) Interest in real property in this State--Has the meaning assigned by §5.251(6) of the Texas Property Code. The term does not include a leasehold interest with a duration of less than one year, as provided by §5.252(3) of the Texas Property Code. The term includes a series of licenses, leases, or other arrangements that, in substance, create a leasehold interest in real property in this State for one year or longer, even if structured as successive short-term agreements.

(6) Purchase or otherwise acquire--In addition to the direct purchase or acquisition of an interest in real property in this State, the term includes:

(A) any transaction or series of transactions by which a person or entity obtains control of an entity that owns an interest in real property in this State, including a redemption or repurchase of the entity's outstanding interests, regardless of whether the entity acquired the real property before September 1, 2025; and

(B) a series of licenses, leases, or other arrangements that, in substance, create a leasehold interest in real property in this State for one year or longer, even if structured as successive short-term agreements.

(7) Unless the context clearly indicates otherwise, a term defined in Subchapter H, Chapter 5, Texas Property Code, has the meaning assigned by that subchapter.