# Exhibit A-4

## Texas Register

| | |
|---|---|
| **Title 1** | ADMINISTRATION |
| **Part 3** | OFFICE OF THE ATTORNEY GENERAL |
| **Chapter 67** | FOREIGN OWNERSHIP ENFORCEMENT |
| **Rule §67.3** | OAG Enforcement Unit |
| **Issue Date** | 03/27/2026 |
| **Type** | Proposed |
| **Preamble** | View Preamble |
| **Texas Administrative Code Rule** | No Rule Available |

(a) The Office of the Attorney General (OAG) shall maintain a designated enforcement unit responsible for receiving, reviewing, investigating, and enforcing compliance with Subchapter H, Chapter 5, Texas Property Code.

(b) The unit shall:

(1) Accept written or electronic complaints alleging violations of Subchapter H, Chapter 5, Texas Property Code;

(2) Issue guidance and respond to written inquiries regarding the applicability of Subchapter H, Chapter 5, Texas Property Code to specific transactions;

(3) Coordinate with state agencies and political subdivisions affected by the implementation and enforcement of Subchapter H, Chapter 5, Texas Property Code; and

(4) Refer violations to the appropriate licensing or regulatory body.

The agency certifies that legal counsel has reviewed the proposal and found it to be within the state agency's legal authority to adopt.

Filed with the Office of the Secretary of State on March 16, 2026

**TRD-202601232**

Justin Gordon

General Counsel