# Exhibit A-5

## Texas Register

| | |
|---|---|
| **Title 1** | ADMINISTRATION |
| **Part 3** | OFFICE OF THE ATTORNEY GENERAL |
| **Chapter 67** | FOREIGN OWNERSHIP ENFORCEMENT |
| **Rule §67.4** | Complaint Submission |
| **Issue Date** | 03/27/2026 |
| **Type** | Proposed |
| **Preamble** | View Preamble |
| **Texas Administrative Code Rule** | No Rule Available |

(a) A facilitating entity that knows or should have known, after reasonable due diligence, that a purchase or acquisition of an interest in real property in this State violates Subchapter H, Chapter 5, Texas Property Code must submit a complaint to the OAG.

(b) Any person may submit a complaint under this section.

(c) Complaints must be submitted electronically through the OAG's online complaint portal or by mail to the address designated by the OAG for this purpose.

(d) The OAG may prescribe a standardized complaint form to facilitate consistent filings.

(e) If the OAG determines that a facilitating entity knew or should have known, after reasonable due diligence, of a violation but failed to file a complaint, the OAG may refer the matter to the appropriate licensing or professional disciplinary authority.

(f) The duty in this subsection includes transactions structured as post-closing transfers or assignments to affiliates, parents, subsidiaries, or entities under common ownership or control when used to effect or conceal a prohibited acquisition.

The agency certifies that legal counsel has reviewed the proposal and found it to be within the state agency's legal authority to adopt.

Filed with the Office of the Secretary of State on March 16, 2026

## TRD-202601232

Justin Gordon

General Counsel