# Exhibit A-8

## Texas Register

| | |
|---|---|
| **Title 1** | ADMINISTRATION |
| **Part 3** | OFFICE OF THE ATTORNEY GENERAL |
| **Chapter 67** | FOREIGN OWNERSHIP ENFORCEMENT |
| **Rule §67.7** | Confidentiality of Records |
| **Issue Date** | 03/27/2026 |
| **Type** | Proposed |
| **Preamble** | View Preamble |
| **Texas Administrative Code Rule** | No Rule Available |

(a) All complaints, civil investigative demands, interrogatories, and requests for information issued by the OAG, and all responses, records, and other information submitted or generated in connection with such requests under this chapter, are confidential and not subject to public disclosure, except as required by law.

(b) Confidential records under this section may be disclosed only:

(1) pursuant to a court order;

(2) to the SOS or other state agency identified in Subchapter H, Chapter 5, Texas Property Code;

(3) to federal agencies, as necessary to enforce Subchapter H, Chapter 5, Texas Property Code, or to promote the objectives of Senate Bill 17; or

(4) as otherwise authorized by law.

(c) Any agency receiving records under this section shall maintain the confidentiality of the records to the extent authorized by law.

The agency certifies that legal counsel has reviewed the proposal and found it to be within the state agency's legal authority to adopt.

Filed with the Office of the Secretary of State on March 16, 2026

## TRD-202601232

Justin Gordon