# Exhibit A-9

## Texas Register

| | |
|---|---|
| **Title 1** | ADMINISTRATION |
| **Part 3** | OFFICE OF THE ATTORNEY GENERAL |
| **Chapter 67** | FOREIGN OWNERSHIP ENFORCEMENT |
| **Rule §67.8** | Savings Clause |
| **Issue Date** | 03/27/2026 |
| **Type** | Proposed |
| **Preamble** | View Preamble |
| **Texas Administrative Code Rule** | No Rule Available |

Nothing in this chapter shall be construed to limit or affect the authority of the OAG to request, obtain, or compel the production of information under any other provision of Texas law, including but not limited to the Texas Constitution, statutes, or other applicable rules.

The agency certifies that legal counsel has reviewed the proposal and found it to be within the state agency's legal authority to adopt.

Filed with the Office of the Secretary of State on March 16, 2026

## TRD-202601232

Justin Gordon

General Counsel

Office of the Attorney General

Earliest possible date of adoption: April 26, 2026