## CERTIFICATE OF CONFERENCE

I hereby certify that on June 29, 2026, counsel for Plaintiffs conferred with counsels for Defendant Regarding Plaintiffs' Motion for Preliminary Injunction. Counsel conferred via email to Defendant's counsels. Defendant opposes the relief requested in the Motion.

Respectfully submitted,

/s/ Laura E. Schut
Laura E. Schut
Tx. Bar. No. 24161306
Attorney in charge for Plaintiffs
HXXB and HXXB USA
281-755-3824
Laura.Schut@HXXB.org