**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER, individually and on behalf of all other similarly situated and HXXB USA RESEARCH CENTER, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>v.<br><br>KEN PAXTON, In his official capacity as Attorney General for the State of Texas,<br><br>   *Defendant.* | CIVIL ACTION NO. 1:25-cv-1981-RP |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Plaintiffs, BEIJING DAXING HUAXIN XINGBANG TECHNOLOGY DEVELOPMENT RESEARCH CENTER, individually and on behalf of all other similarly situated and HXXB USA RESEARCH CENTER, individually and on behalf of all others similarly situated, together with Defendant, Texas Attorney General KEN PAXTON, in his official capacity, jointly file this report on alternative dispute resolution (ADR) as outlined in the scheduling order, ECF No. 24, and the Court's Local Rules.

At this time, the parties do not believe that ADR would be fruitful. The parties will remain open to discussing potential resolutions of the case, or issues in the case, at future stages of the litigation.

Date: July 7, 2026

*/s/ Laura Elizabeth Schut* (*with permission)
Laura Elizabeth Schut
HXXB USA Research Center
164 World of Tennis Square
Lakeway, TX 78738
281-755-3824
Laura.Schut@HXXB.org

COUNSEL FOR PLAINTIFFS BEIJING DAXING
HUAXIN XINGBANG TECHNOLOGY
DEVELOPMENT RESEARCH CENTER and
HXXB USA RESEARCH CENTER

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

ROB FARQUHARSON
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Wade A. Johnson*
WADE A. JOHNSON
Deputy Chief, Special Litigation Division
Texas State Bar No. 24062197
wade.johnson@oag.texas.gov

LAUREN E. SAEGER
Assistant Attorney General
Texas State Bar No. 24149365
lauren.saeger@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Telephone: (512) 463-2100

COUNSEL FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 6–7, 2026, counsel for the parties conferred by electronic mail and agreed to jointly file this report.

*/s/ Wade A. Johnson*
WADE A. JOHNSON

CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(a), I hereby certify that on July 7, 2026, a true and correct copy of the above and foregoing document has been served using the CM/ECF system to all counsel and parties of record.

/s/ Wade A. Johnson
WADE A. JOHNSON